## Eugene Buckmaster, Appellee, v. Monighan Machine Company, Appellant.

### Gen. No. 22,447.   (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. JOHN A. MAHONEY, Judge, presiding. Heard in this court at the March term, 1916. Reversed with judgment of *nil capiat* and for costs. Opinion filed November 27, 1916.

### Statement of the Case.

Action by Eugene Buckmaster, plaintiff, against the Monighan Machine Company, defendant, in the Municipal Court of Chicago, to recover commissions for the sale of certain machines belonging to defendant. From a judgment for plaintiff for $865, defendant appeals.

C. T. B. GOODSPEED, for appellant; J. M. PROUDFIT, of counsel.

ENOS W. SHAW and WILL C. MOODY, for appellee.

MR. JUSTICE HOLDOM delivered the opinion of the court.

## Abstract of the Decision.

1. BROKERS, § 90*—*when evidence does not justify verdict for commissions.* In an action to recover commissions for the sale of a machine by the defendant, alleged to have been made on information given him by the plaintiff, evidence *held* not to justify a verdict for the plaintiff.

2. COSTS, § 76*—*what judgment for costs entered against plaintiff on reversal and nil capiat.* Where on the evidence the finding of the trial court should have been for the defendant, a judgment for the plaintiff was reversed and a judgment of *nil capiat* and for costs to be taxed against the plaintiff, both in the trial court and in the Appellate Court, was entered in the Appellate Court.